**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J.A.C.M., | |
| *Petitioner,* | |
| v. | |
| Kenneth GENALO, New York Field Office Director for U.S. Immigration and Customs Enforcement; Paul ARTETA, Director of the Orange County Correctional Facility; Markwayne MULLIN, Secretary of Homeland Security; Daren K. MARGOLIN, Director, Executive Office for Immigration Review; Todd BLANCHE, Acting Attorney General of the United States, | Case No. 26-cv-4311 |
| *Respondents.* | |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED USING INITIALS ONLY AND TO REDACT ALIEN NUMBER, FULL DATE OF BIRTH AND OTHER IDENTIFYING INFORMATION**

Petitioner's motion to proceed in this case using his initials only, and to redact certain other identifying information from any supporting documents, including his alien number, full date of birth, photograph, home address, telephone number, and full names of his family members, is GRANTED.

The parties are hereby directed to refer to Petitioner by his initials "J.A.C.M." and to redact supporting documents in a consistent manner.

**IT IS SO ORDERED.**

Dated: _____May 22_____, 2026

1

New York, NY

_____
United States District Judge

2