**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
J.A.C.M,

                          Petitioner,                 26 **CIVIL** 04311 (ER)

      -against-                               **JUDGMENT**

KENNETH GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; PAUL ARTETA, Director of the
Orange County Correctional Facility;
MARKWAYNE MULLIN, Secretary of
Homeland Security; DAREN K MARGOLIN,
Director, Executive Office for Immigration
Review; and TODD BLANCHE, Acting
Attorney General of the United States.,

                          Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Modified Order dated June 3, 2026, the Petition is GRANTED and the Respondents are ORDERED to immediately release J.A.C.M. from custody and certify compliance with the Court's order by filing an entry on the docket no later than June 3, 2026, at 5 p.m. The Respondents are further ORDERED to not re-detain J.A.C.M. absent notice and a pre-deprivation hearing.

**Dated:**  New York, New York

      June 4, 2026

                                     **TAMMI M. HELLWIG**

                                _____
                                     **Clerk of Court**

**BY:**

                                     _____
                                     **Deputy Clerk**